**DISMISSED; Opinion Filed December 5, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01317-CV

### THE ESTATE OF MAX D. HOPPER, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-03238-1**

## MEMORANDUM OPINION

Before Justices Myers, Schenck, and Carlyle
Opinion by Justice Carlyle

The parties have jointly moved to dismiss the appeal with prejudice in accordance with

their settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A). We grant the motion. As agreed by

the parties and without regard to the merits, we dismiss the appeal with prejudice. *See id.*

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

181317F.P05



# Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

THE ESTATE OF MAX D. HOPPER, DECEASED

No. 05-18-01317-CV

On Appeal from the Probate Court No. 1, Dallas County, Texas
Trial Court Cause No. PR-11-03238-1.
Opinion delivered by Justice Carlyle, Justices Myers and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal with prejudice and without regard to the merits.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 5th day of December, 2019.